Form 668-W(c)
(Rev. January 2001)

Department of the Treasury -- Internal Revenue Service

# Notice of Levy on Wages, Salary, and Other Income

DATE: 08/21/2006

IRS ADDRESS:
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236

AUG 2 1

TELEPHONE NUMBER
OF IRS OFFICE:
TOLL FREE          1-800-829-7650
WI

SEQNUM 05880

TO:   P          41-0958036          DPC05

NAME AND ADDRESS OF TAXPAYER:

LINDA D LYKENS
PO BOX 408
TWIN LAKE MI 49457-0408081

ALVOR LINES INC
PO BOX 16087
DULUTH  MN   55816-0087875

5835

IDENTIFYING NUMBER(S):  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
LYKE   L   00

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-2002 | $     8,700.95 | $     1,716.22 | $   10,417.17 |
| | | | Total Amount Due ▶ | $   10,417.17 |

We figured the interest and late payment penalty to _____ 09-13-2006 _____

Although we have told you to pay the amount you owe, it is still not paid.

This is your copy of a Notice of Levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

This levy requires the person who received it to turn over to us: (1) your wages and salary that have been earned but not paid yet, as well as wages and salary you earn in the future until this levy is released, and (2) your other income that the person has now or is obligated to pay you. These are levied to the extent they are not exempt as explained on the back of Part 5 of this form.

If you decide to pay the amount you owe now, please **bring a guaranteed payment** (cash, cashier's check, certified check, or money order) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

**Please see the back of Part 5 for instructions.**

Signature of Service Representative

_Minnie Bailey_

Title **Operations Manager, Collection**

Part 2 - FOR TAXPAYER

FORM 668-W(c) (Rev.1-01) 16748F

# Notice of Levy on Wages, Salary, and Other Income

DATE: 08/21/2006

IRS ADDRESS:
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236

AUG 21

TELEPHONE NUMBER
OF IRS OFFICE:
TOLL FREE       1-800-829-7650
WI

SEQNUM 05880

NAME AND ADDRESS OF TAXPAYER:

TO:   P          41-0958036          DPC05

HALVOR LINES INC
PO BOX 16087
DULUTH  MN   55816-0087875

5835

LINDA D LYKENS
PO BOX 408
TWIN LAKE MI 49457-0408081

IDENTIFYING NUMBER(S):
LYKE  L  00

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

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-2002 | $   8,700.95 | $   1,716.22 | $   10,417.17 |

**Employer or Other Addressee: Please complete the back of this page.**      **Total Amount Due ▶**      $   10,417.17

We figured the interest and late payment penalty to _____ 09-13-2006

**Statement of Exemptions and Filing Status (to be completed by taxpayer; instructions are on the back of part 5)**
My filing status for my income tax return is (check one): ☐ Single;   ☐ Married Filing a Joint Return;
☐ Married Filing a Separate Return;   ☐ Head of Household;   or ☐ Qualifying Widow(er) with dependent child

ADDITIONAL STANDARD DEDUCTION: _____  (enter amount only if you or your spouse is at least 65 and/or blind).
I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom (as required by court or administrative order) I make support payments that are already exempt from levy.   I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name (Last, first, middle initial) | Relationship (Husband, wife, son, daughter, etc.) | Social Security Number |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Taxpayer's signature          Date

**Part 3 - RETURN TO IRS**

FORM 668-W(c) (Rev.1-01) 16748F

Department of the Treasury -- Internal Revenue Service

DATE: 08/21/2006

IRS ADDRESS:
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236

AUG 2 1

TELEPHONE NUMBER | SEQNUM 05880
OF IRS OFFICE:
TOLL FREE        1-800-829-7650
WI

NAME AND ADDRESS OF TAXPAYER:

TO:   P          41-0958036        DPC05

HALVOR LINES INC
PO BOX 16087
DULUTH  MN   55816-0087875

LINDA D LYKENS
PO BOX 408
TWIN LAKE MI 49457-0408081

IDENTIFYING NUMBER(S):   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
LYKE   L   00

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-2002 | $      8,700.95 | $      1,716.22 | $   10,417.17 |
| | | | Total Amount Due ▶ | $   10,417.17 |

We figured the interest and late payment penalty to _____ 09-13-2006

**Statement of Exemptions and Filing Status (to be completed by taxpayer; instructions are on the back of part 5)**
My filing status for my income tax return is (check one):  ☐ Single;  ☐ Married Filing a Joint Return;
☐ Married Filing a Separate Return;   ☐ Head of Household;  or ☐ Qualifying Widow(er) with dependent child

ADDITIONAL STANDARD DEDUCTION: _____ (enter amount only if you or your spouse is at least 65 and/or blind).
I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom
(as required by court or administrative order)  I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service.
Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name (Last, first, middle initial) | Relationship (Husband, wife, son, daughter, etc.) | Social Security Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Taxpayer's signature | | Date |
|---|---|---|

**Part 4** - FOR EMPLOYER OR OTHER ADDRESSEE TO KEEP AFTER TAXPAYER COMPLETES   FORM 668-W(c) (Rev.1-01) 16748F

Form 668-W(c)
(Rev. January 2001)

DATE: 08/21/2006

AUG 2 1

IRS ADDRESS:
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236

TELEPHONE NUMBER    SEQNUM 05880
OF IRS OFFICE:
TOLL FREE            1-800-829-7650
WI

NAME AND ADDRESS OF TAXPAYER:

TO:   P          41-0958036       DPC05

HALVOR LINES INC
PO BOX 16087
DULUTH  MN  55816-0087875

35

LINDA D LYKENS
PO BOX 408
TWIN LAKE MI 49457-0408081

IDENTIFYING NUMBER(S):  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

LYKE  L   00

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-2002 | $    8,700.95 | $    1,716.22 | $   10,417.17 |

|  |  |  | Total Amount Due ▶ | $   10,417.17 |

We figured the interest and late payment penalty to _____ 09-13-2006

**Statement of Exemptions and Filing Status (to be completed by taxpayer; instructions are on the back of part 5)**
My filing status for my income tax return is (check one):   ☐ Single;   ☐ Married Filing a Joint Return;
☐ Married Filing a Separate Return;   ☐ Head of Household;   or ☐ Qualifying Widow(er) with dependent child

ADDITIONAL STANDARD DEDUCTION: _____ (enter amount only if you or your spouse is at least 65 and/or blind).
I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom
(as required by court or administrative order) I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service.
Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name (Last, first, middle initial) | Relationship (Husband, wife, son, daughter, etc.) | Social Security Number |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Taxpayer's signature | Date |
|---|---|
|  |  |