AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Stephen W. Lykens, and
Linda D. Lykens, Husband and Wife

V.

United States Gov't,

**SUMMONS IN A CIVIL ACTION**

CASE I

CASE NUMBER 1:06CV01226

JUDGE: John D. Bates

DECK TYPE: Pro se General Civil

DATE STAMP: 07/6/2006

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE ▓▓▓ (name and address)

Stephen W. Lykens
Linda D. Lykens
P.O. Box 408
Twin Lake, Michigan 49457

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON           JUL - 6 2006
CLERK                                 DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 17, 2006 |
| NAME OF SERVER (PRINT) Stephen W. Lykens | TITLE Pro Se |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail with Return Receipt (Green Card) To: Alberto Gonzales, U.S. Attorney General, 950 Pennsylvania Ave., Washington, DC 20530    Certified Mail # 7004 1160 0004 4791 7063

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 28, 2006        Stephen W. Lykens  all rights reserved
           Date                             Signature of Server

c/o PO Box 408, Twin Lake, MI 49457-0408
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.





**Return Receipt 1 (Kenneth L. Wainstein):**

- A. Signature: X [signed] — Agent / Addressee
- B. Received by (Printed Name): [signature] — JUL 10 2006
- C. Date of Delivery: JUL 10 2006
- D. Is delivery address different from item 1? Yes / No

1. Article Addressed to:

   Kenneth L. Wainstein,
   United States Attorney,
   District of Columbia
   555 4th Street, NW
   Washington, DC 20530

3. Service Type: ☒ Certified Mail
4. Restricted Delivery? (Extra Fee): Yes

2. Article Number (Transfer from service label): 7506 1940 4000 1471 7056

PS Form 3811, February 2004    Domestic Return Receipt

---

**Return Receipt 2 (Alberto Gonzales):**

- A. Signature: X [signed] — Agent / Addressee
- B. Received by (Printed Name): [signature] — JUL 2006
- C. Date of Delivery
- D. Is delivery address different from item 1? Yes / No

1. Article Addressed to:

   Alberto Gonzales,
   United States Attorney General
   950 Pennsylvania Avenue
   Washington, DC 20530

3. Service Type: ☒ Certified Mail
4. Restricted Delivery? (Extra Fee): Yes

2. Article Number: 7506 1940 4000 1471 7063

PS Form 3811, February 2004    Domestic Return Receipt

---

**Envelope 1 (return address):**

UNITED STATES POSTAL SERVICE — First-Class Mail, Postage & Fees Paid, USPS, Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

  Stephen W. Lykens
  Linda D. Lykens
  c/o PO Box 408
  Twin Lake, MI 49457-0408

Handwritten: 7/3/35 SUMMONS TO GONZALES

---

**Envelope 2 (return address):**

UNITED STATES POSTAL SERVICE — First-Class Mail, Postage & Fees Paid, USPS, Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

  Stephen W. Lykens
  Linda D. Lykens
  c/o PO Box 408
  Twin Lake, MI 49457-0408

Handwritten: 7/3/33 SUMMONS TO WAINSTEIN