AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Stephen W. Lykens, and
Linda D. Lykens, Husband and Wife

**SUMMONS IN A CIVIL ACTION**

V.

United States Gvt.

CASE

CASE NUMBER 1:06CV01226

JUDGE: John D. Bates

DECK TYPE: Pro se General Civil

DATE STAMP: 07/6/2006

TO: (Name and address of Defendant)

Kenneth L. Wainstein,
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

Stephen W. Lykens
Linda D. Lykens
P.O. Box 408
Twin Lake, Michigan 49457

an answer to the complaint which is served on you with this summons, within \_\_60\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JUL - 6 2006
CLERK                                DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 17, 2006 |
| NAME OF SERVER (PRINT) Stephen W. Lykens | TITLE Pro Se |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): CERTIFIED MAIL WITH RETURN RECEIPT (GREEN CARD) TO: Kenneth L. Wainstein, U.S. Attorney, District of Columbia, 555 4th St. NW, Washington, DC 20530
CERTIFIED MAIL # 7004 1160 0004 4791 7056

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 28, 2006         *Stephen W. Lykens*
            Date                              Signature of Server  *all rights reserved*

            c/o PO Box 408, Twin Lake, MI 49457-0408
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.





**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _Daniel Twin_
C. Date of Delivery: JUL 10 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Kenneth L. Wainstein,
United States Attorney,
District of Columbia
555 4th Street, NW
Washington, DC 20530

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0004 4791 7054

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _Daniel Twin_
C. Date of Delivery: 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, DC 20530

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0004 4791 7043

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Stephen W. Lykens
Linda D. Lykens
c/o PO Box 408
Twin Lake, MI 49457-0408

7433 SUMMONS TO GONZALES

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Stephen W. Lykens
Linda D. Lykens
c/o PO Box 408
Twin Lake, MI 49457-0408

7433 SUMMONS TO WAINSTEIN