IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN LYKENS, et al., | ) |
| | ) |
| Plaintiffs, | ) No. 1:06-cv-0122 (JDB) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | )) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on October 12, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Stephen W. Lykens
>Linda D. Lykens
>P.O. Box 408
>Twin Lake, Michigan 49457

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ