06-1226JDB

# CERTIFICATE OF SERVICE

CHANGE TO CERTIFICATE OF SERVICE:

So as to get the Response to the Defendant's Motion To Dismiss to the United States district court for/in the District of Columbia, we the Plaintiff's was required to send it overnight Express Mail with a return receipt to arrive at the court by 10/30/06.

The Express Mail # is EQ 523875173 US (see enclosed copy of Express Mail and paid receipt for mailing)   USPS has guaranteed delivery Monday 10/30/06.

The envelope was already prepared and sealed when we discovered we needed different paperwork for the overnight delivery.

U.S. Attorney still will be receiving theirs by certified mail with a return receipt.

Signed:

*Stephen W. Lykens*

Date: 10/27/06

Stephen W. Lykens

RECEIVED

OCT 31 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
========================================
         TWIN LAKE POST OFFICE
          TWIN LAKE, Michigan
               494579998
             2539230457-0097
    10/27/2006 (800)275-8777 10:46:22 AM
========================================
========= Sales Receipt =========
Product         Sale Unit      Final
Description     Qty  Price     Price
========================================


39c              2   $0.39     $0.78
Liberty/Flag PSA
WASHINGTON DC 20001            $14.40
EM PO-Add Flat Rate
 3.80 oz.
 Label #:        EQ523875173US
 Next Day Noon  / No
 Weekend Delivery
 Return Rcpt (Green            $1.85
 Card)
                              ========
Issue PVI:                     $16.25

WASHINGTON DC 20044            $0.63
First-Class
 1.80 oz.
 Return Rcpt (Green            $1.85
 Card)
 Certified                     $2.40
 Label #:       70042890000348455160
                              ========
Issue PVI:                     $4.88

                             ==========
Total:                         $21.91

Paid by:
Cash                           $22.00
Change Due:                    -$0.09

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
Bill#:1000300107876
Clerk:01

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.
            Customer Copy
```

**EXPRESS MAIL** — UNITED STATES POSTAL SERVICE

Customer Copy
Label 11-B, March 2004

Post Office To Addressee

EQ 523875173 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

- PO ZIP Code: 49457
- Day of Delivery: ☒ Next ☐ 2nd ☐ 2nd Del. Day
- Postage: $14.40
- Scheduled Date of Delivery: Month 10 Day 30
- Return Receipt Fee: $1.85
- Date Accepted: Mo. 10 Day 29 Year 06
- Scheduled Time of Delivery: ☒ Noon ☐ 3 PM
- COD Fee: —
- Insurance Fee: —
- Time Accepted: 10:43 ☒ AM ☐ PM
- Military: ☐ 2nd Day ☐ 3rd Day
- Total Postage & Fees: $16.25
- Flat Rate ☒ or Weight: lbs. ozs.
- Int'l Alpha Country Code:
- Acceptance Emp. Initials: S

**DELIVERY (POSTAL USE ONLY)**

- Delivery Attempt: Mo. __ Day __  Time __ ☐ AM ☐ PM  Employee Signature
- Delivery Attempt: Mo. __ Day __  Time __ ☐ AM ☐ PM  Employee Signature
- Delivery Date: Mo. __ Day __  Time __ ☐ AM ☐ PM  Employee Signature

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only)

NO DELIVERY ☒ Weekend ☐ Holiday

**FROM:** (PLEASE PRINT) PHONE ( )

Stephen W. Lykens
Linda D. Lykens
P.O. Box 408
Twin Lake, MI 49457-0408

**TO:** (PLEASE PRINT) PHONE ( )

Clerk's Office
United States District Court For
the District of Columbia
333 Constitution Ave., N.W.
Washington, DC

ZIP+4: 20001+

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811
EMS