UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN W. LYKENS, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>UNITED STATES GOVERNMENT,<br><br>    Defendant. | Civil Action No. 06-1226 (JDB) |

**ORDER**

Upon consideration of [#8] defendant's motion to dismiss and [#10] plaintiffs' motion to strike the motion to dismiss, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that plaintiffs' motion to strike is **DENIED**; it is further

**ORDERED** that defendant's motion to dismiss is **GRANTED**; and it is further

**ORDERED** that this action is **DISMISSED** without prejudice.

                                      /s/
                              JOHN D. BATES
                        United States District Judge

Date: November 27, 2006