UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN W. LYKENS, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>UNITED STATES GOVERNMENT,<br><br>    Defendant. | Civil Action No. 06-1226 (JDB) |

## ORDER

Upon consideration of plaintiffs' motion for relief from order of dismissal pursuant to Fed. R. Civ. P. 60(b)(3) and (6), and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that plaintiffs' motion is **DENIED**.

                                         /s/
                                    JOHN D. BATES
                                United States District Judge

Date:  December 10, 2007